# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| **NADIA ROBERTS,** an individual, | Case No. 3:24-cv-0388 HZ |
| PLAINTIFF, | NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| **CONVENIENCE RETAILERS, LLC,** a limited liability company, | |
| DEFENDANT. | |

Pursuant to FRCP 41(a)(1)(A)(i), plaintiff hereby gives notice that this matter is voluntarily dismissed without prejudice and without costs to either party. Defendant has not filed an answer or filed a motion for summary judgment in this matter.

Dated: <u>April 18, 2024.</u>

        Respectfully submitted,

        By: <u>/s/ David S. Foster</u>
        David S. Foster, of Attorneys for Plaintiff
        OSB No: 033166
        Telephone: 503-927-6440
        Email: dsfoster69@gmail.com